IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA EX REL.
RIKABI KHALED                                                                                   PLAINTIFF

v.                                                      CIVIL NO. 1:17cv84-HSO-RHW

MEMORIAL HOSPITAL AT GULFPORT,
SELECT SPECIALTY HOSPITAL – GULFPORT,
JESSE PENICO                                                                                  DEFENDANTS

## ORDER OF DISMISSAL

The Relator in this *qui tam* action having filed a Notice of Voluntary Dismissal, and the United States having notified this Court pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), that it consents to dismissal, Notice, the Court rules as follows:

**IT IS**, **THEREFORE**, **ORDERED AND ADJUDGED** that

1. this action is dismissed **WITH PREJUDICE** to Relator Rikabi Khaled;

2. this dismissal is **WITHOUT PREJUDICE** to the United States;

3. the Complaint [3] be unsealed; and that

4. all other contents of the Court's file in this action remain under seal and not be made public, except for this Order, the Relator's Notice [7] of Voluntary Dismissal, and the United States' Notice [8] of Consent to Relator's Voluntary Dismissal.

**SO ORDERED AND ADJUDGED** this the 5th day of December, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE