# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

UNITED STATES OF AMERICA EX REL.
RIKABI KHALED                                                               PLAINTIFF

v.                                          CIVIL NO. 1:17cv84-HSO-RHW

MEMORIAL HOSPITAL AT GULFPORT,
SELECT SPECIALTY HOSPITAL – GULFPORT,
JESSE PENICO                                                                DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Order of Dismissal entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED.**

**SO ORDERED AND ADJUDGED** this the 5th day of December, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE